AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| | |
|---|---|
| SOUTHERN  DISTRICT OF  McALLEN DIVISION  TEXAS | United States District Court  Southern District of Texas  FILED  SEP 2 4 2017  David J. Bradley, Clerk |

UNITED STATES OF AMERICA
V.
Edwin Rogelio Amaya

**CRIMINAL COMPLAINT**

Case Number: M-17-1702-M

IAE   YOB: 1971
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____September 23, 2017_____ in _____Hidalgo_____ County, in the _____Southern_____ District of _____Texas_____

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Edwin Rogelio Amaya was encountered by Border Patrol Agents near Mission, Texas on September 23, 2017. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 23, 2017, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 29, 2014 through Atlanta, Goergia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 26, 2010, the defendant was convicted of 8 USC 1326, Illegal Re-entry and sentenced to sixty-three (63) months confinement and two (2) years supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 24, 2017.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

*Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:*

/S/Jayson Springer
Signature of Complainant

September 24, 2017        3:57 p.m.
Jayson Springer        Senior Patrol Agent

Peter Ormsby                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer